UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>KEVIN LEE ROSS,          )<br>)<br>Defendant/Petitioner  ) | 1:23-cr-0073-LEW |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 25, 2024, the United States Magistrate Judge John C. Nivison filed with the court his Recommended Decision on [Defendant's] 28 U.S.C. § 2255 Motion (ECF No. 126), through which Motion Kevin Lee Ross seeks to vacate, set aside or correct his sentence on 26 grounds. *See* Motion (ECF No. 121). The Magistrate Judge's recommendation is to dismiss the Motion given the pendency of Ross's direct appeal. *See* Notice of Appeal (ECF No. 110). Although Ross has not had an opportunity to object to the recommendation due to a lack of clarity as to his current address within the Bureau of Prisons, for the reasons set forth in the Recommended Decision it is plain that dismissal of the Motion is appropriate due to the pendency of Ross's direct appeal. *United States v. Gordon*, 634 F.2d 638, 638 (1st Cir. 1980) ("[I]n the absence of extraordinary circumstances, the orderly administration of criminal justice precludes a district court from

1

considering a § 2255 motion while review of the direct appeal is still pending . . . ." (internal quotation marks omitted)).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 126) is hereby AFFIRMED and ADOPTED.

Defendant's § 2255 Motion is DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that no certificate of appealability will issue from this Court.

**SO ORDERED.**

Dated this 8th day of January, 2025.

                                                                     /s/ Lance E. Walker
                                                 **CHIEF U.S. DISTRICT JUDGE**