UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEVIN LEE ROSS )<br>)<br>Defendant/Petitioner ) | 1:23-cr-00073-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 23, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to Defendant-Petitioner, his Recommended Decision (ECF No. 144) and his Order on Recommended Decision (ECF No. 145) on Defendant-Petitioner's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 142).

The time within which to file objections expired on July 7, 2025, and no objection has been filed. The Magistrate Judge notified Defendant-Petitioner that failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of Magistrate Judge Nivison for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED (ECF No. 144).

The motion for habeas relief under 28 U.S.C. § 2255 is DENIED and DISMISSED without an evidentiary hearing and without prejudice.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 30th day of July, 2025.

      /s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**